ORIGINAL

FILED

# In the United States Court of Federal Claims

SEP 12 2017

U.S. COURT OF
FEDERAL CLAIMS

No. 17-556C
(Filed: September 12, 2017)

```
*****************************************
JINHAI WANG,                              *
                                          *
                Plaintiff,                *
                                          *
v.                                        *
                                          *
THE UNITED STATES,                        *
                                          *
                Defendant.                *
*****************************************
```

## ORDER

Plaintiff, proceeding pro se, initiated a lawsuit in this court on April 20, 2017. On June 27, 2017, defendant moved to dismiss plaintiff's complaint pursuant to Rule 12(b)(1) and (6) of the Rules of the United States Court of Federal Claims ("RCFC"). In accordance with RCFC 7.2(b) and RCFC 6(d), plaintiff's response to the motion was due by July 28, 2017. On August 9, 2017, the court ordered plaintiff to file his response to defendant's motion no later than September 8, 2017. The court further indicated that if he failed to do so, his complaint would be dismissed pursuant to RCFC 41(b) for failure to prosecute. Plaintiff failed to file his response by September 8, 2017 and therefore his complaint is hereby **DISMISSED**.

**IT IS SO ORDERED.**

MARGARET M. SWEENEY
Judge

7017 1450 0000 1346 4018